# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LEWIS MITCHELL, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 11-00687-M |
| | ) | |
| ROBERT BENTLEY, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 20, 2012, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Motions to Dismiss (Docs. 6, 16) are **GRANTED**, and that this action is hereby **DISMISSED WITH PREJUDICE.**

**DONE** and **ORDERED** this the **10th** day of **July 2012.**

      /s/ Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**