IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEWIS MITCHELL,                )  | |
|     Plaintiff,                      )  | |
|                                                )  | |
| v.                                            )  | CIVIL ACTION NO.: 11-00687-M |
|                                                )  | |
| ROBERT BENTLEY, *et al.*,   )  | |
|     Defendants.               )  | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this matter is **DISMISSED WITH PREJUDICE** and that **JUDGMENT** is entered in favor of the Defendants.

**DONE** and **ORDERED** this the **10**th day of **July 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1