**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LEWIS MITCHELL,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 11-00687-M** |
| | ) | |
| **ROBERT BENTLEY,** *et al.*, | ) | |
| **Defendants.** | ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED**

and **DECREED** that this matter is **DISMISSED WITH PREJUDICE** and that **JUDGMENT** is

entered in favor of the Defendants.

**DONE** and **ORDERED** this the **10th** day of **July 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1